UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JILL BLOOMBERG,

                Plaintiff,                          No-17-cv-03136

      v.                                               ORDER TO SHOW CAUSE
                                                        FOR TEMPORARY
THE NEW YORK CITY DEPARTMENT OF            RESTRAINING ORDER,
EDUCATION and CARMEN FARINA,                  AND INJUNCTIVE RELIEF

                Defendants.
_____

       Upon the annexed Affirmation of MARIA CHICKEDANTZ, dated the 28th day of April 2017, the duly sworn Affidavits of plaintiff JILL BLOOMBERG and affidavits of LOUISE BAUSO, MAYSA JARARA, LISA MILLER, JILL SANDUSKY, and RAHSAN WILLIAMS, in the instant action and the Complaint and Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Injunctive Relief and upon the Complaint already on file it is

       **ORDERED**, the above named defendants Show Cause before a motion term of this Court, at Courtroom _____ at _____ City, County and State of New York, on _____, 2017, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued preventing defendants from moving forward on the investigation of plaintiff by the defendant Department of Education's Office of Special Investigations pending the outcome of this litigation: and it is further

       **ORDERED** that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for the injunction, pursuant to Rule 65, Fed. R. Civ. P., defendants are restrained from taking any actions in furtherance of the investigation of

plaintiff including calling witnesses to give testimony, some of whom are scheduled for their witness interviews on May 1, 2017;

**ORDERED** that service of a copy of this order and annexed Affirmation, Affidavits, Memorandum of Law in Support and Complaint, upon the defendants or their counsel on or before _____ o'clock in the \_\_\_noon, _____ \_\_\_\_, 2017, shall be deemed good and sufficient service thereof.

Security in the amount of _____ will be posted by _____.

No prior relief of this type has been sought.

Dated: New York, New York
      April 28, 2017

ISSUED: _____

                                                                         _____
                                                                          United States District Judge