UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JILL BLOOMBERG,

        Plaintiff,

    v.

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARINA,

        Defendant.

------------------------------------------------------------x

AFFIDAVIT OF
MAYSA JARARA

STATE OF NEW YORK  )
                           )ss:
COUNTY OF NEW YORK  )

    MAYSA JARARA, being duly sworn, deposes and states as follows:

    1.    I am a teacher at Park Slope Collegiate ("PSC") and a resident of Queens County.

    2.    I have personal knowledge of the facts contained in this affidavit, which I submit in support of Principal Jill Bloomberg's motion for temporary restraining order and preliminary injunction

    3.    I joined the faculty of PSC as a Math teacher at the beginning of the current school year.

    4.    One of the reasons that I decided to join PSC this year is my belief in its mission and vision. When Jill interviewed me, I was blown away by her views on teaching and learning. My first impression of Jill was that she believes in giving equal opportunities to all students regardless of their race, culture and learning abilities. After the interview I felt that PSC is the place where I want to continue my journey as an educator. I saw an opportunity for me to grow professionally and maximize my ability to give back to, and support, students while under her leadership.

5. Working with Jill has been a positive experience. Jill always puts her students first. She gives them the space to talk, cope, reflect, and stand up for their rights in a respectful and effective manner. She supports her staff to the point where we feel very comfortable to reach out to her to resolve any problem or conflict. She keeps in touch with her former students and their families and offers her help whenever needed. Parents feel involved in the school community and they often come to the school to participate in talking circles and give feedback about their children's education experience.

6. Knowing that a person like Jill who always fights for racial equality is subject to an OSI investigation is very concerning to me. I believe that a person who stands up for equality and who rejects racism and discrimination deserves to be a coach and model for other administrators instead of being investigated and threatened with discipline. It is obvious that the investigation is punishment for Jill's outspoken efforts to bring forth racial equality, like the time she stood up for our volleyball team and our students after they faced racial discrimination at Brooklyn Technical High School.

7. Under Jill's leadership, a member of our faculty organized a "Know Your Rights" workshop that was held in March, 2017. It was very informative and brought attention to many important points that I was able to relay back to my own Muslim community, which is currently under much scrutiny after the Travel Ban was issued by Donald Trump. I was also able to bring informative cards translated to Arabic from the workshop to a civil rights lawyer serving my community who was very pleased with the work we had done at our school. The event was a big success and we were all proud of the work and support that reached beyond the school itself. However, since we learned about the OSI investigation into Jill's activism, many teachers in our school are troubled, including myself, and I now feel very hesitant to engage in more events such

as the one I just described. I am now also very hesitant to start an Arabic language club at our school as I had intended before learning of the OSI investigation, because I am afraid that it will be seen as activism and become the subject of an OSI investigation, or worse. It would be a shame to the PSC students though, because I planned to launch the Arabic language club because many students expressed an interest in wanting to learn to write their names in a new language.

Sworn to before me this

20 day of April, 2017.

_____
Notary Public

_____
Maysa Jarara

MARIA CHICKEDANTZ
NOTARY PUBLIC-STATE OF NEW YORK
NO 02CH6315888
QUALIFIED IN KINGS COUNTY
MY COMMISSION EXPIRES 12-01-2018