UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JILL BLOOMBERG,

        Plaintiff,

v.

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARINA,

        Defendant.
-------------------------------------------------------------------x

<u>AFFIDAVIT OF
LISA MILLER</u>

STATE OF NEW YORK    )
                                  )ss:
COUNTY OF NEW YORK  )

        LISA MILLER, being duly sworn, deposes and states as follows:

1.       I am a teacher at Park Slope Collegiate ("PSC") and a resident of Kings County.

2.       I have personal knowledge of the facts contained in this affidavit, which I submit in support of plaintiff's motion for temporary restraining order and preliminary injunction

3.       I have been working at PSC since the summer of 2009. It has always been a close-knit place. At one point it seemed like most of the staff was in agreement about the primacy of doing the best for our students and fighting racism as we understood it. There have been disagreements about what battles to fight, e.g. some staff would prefer to keep the metal detectors while others back up Ms. Bloomberg's requests to remove them. But even when we disagreed, we got along socially, worked together in our classrooms and stood together when outside forces seemed to threaten the school.

4.       But since this investigation started, there is a deep sense of distrust and division. No one knows specifically what the investigation involves, but we do know that Ms. Bloomberg and some of us are suspected of "engaging in communist activities" in violation of Chancellor's

Regulation D-130. But we do not know which teachers are being investigated yet, so everyone is afraid. No one knows who is telling the truth. Social studies teachers, who must teach the ideas and history of communism as part of a Regents' curriculum, ask aloud if they should remove related vocabulary words from their word walls. One was told by a colleague that he should not list Marxist as a perspective historians use to examine history. (Marxist analysis is a very common historical and literary tool which most of our students can expect to encounter in college.)

5. Untenured teachers are especially worried. Having been told several times by our chapter leadership that we have to "be careful," use our judgment," and "cover your a--," the atmosphere is extremely tense and fearful. Teachers in the process of applying for tenure have referred to having "stress-related illness" and to having trouble sleeping because of worries about their tenure application. And adding fuel to the fire, at a recent staff meeting, our UFT chair told us to be careful about signing things because we could put out jobs at risk.

6. Massive amounts of time and energy are being sucked up by worrying about the investigation, discussing who heard what rumor, speculating on motives, and taking sides or refusing to take sides. I have seen colleagues in tears whom I would never have expected to see in tears.

7. This investigation has had a devastating effect on our school as a community, but also as a school - we do not feel merely stifled in our free speech but in our ability to focus on the needs of our students, and in some cases to teach them what we must teach them.

8. I personally have received a summons requiring me to give testimony to the OSI investigator. I feel desperate not knowing whether I am the subject of the investigation, or whether anything that I have done will be somehow be considered a violation of Chancellor's

investigator. I feel uneasy not knowing whether I am the subject of the investigation, or whether anything that I have done will be somehow be considered a violation of Chancellor's Regulation D-130, or any other rule. Because I am not tenured, I don't know whether I have the right to refuse to answer the OSI investigator's questions, and I am afraid of losing my job and my livelihood. The anxiety I've gone through over this has been severe - I have lost sleep over this. I am overly careful now about saying anything related to race issues that affect young people of color (like our students), other matters related to civil rights, or anything related to Communism.

9. I submit this affidavit in support of Ms. Bloomberg because I believe it is right, but I'm afraid the DOE will punish me for it. For the same reasons, other teachers are afraid of supporting Ms. Bloomberg and have said that they will not come forward to support her in her legal matter because of it.

_____
Lisa Miller

Sworn to before me this

25 day of April, 2017.

_____
Notary Public

MARIO CALDERON
Notary Public, State of New York
Registration # 01CA6249785
Qualified in Kings County
Expiration: 10/11/2019