**EXHIBIT 2**

**From:** Bloomberg Jill (15K464)
**Sent:** 11/29/2016 18:26
**To:** GARCIA, RAMON
**Cc:** WILLIAMSLAVINGTON, YAMESE; Rampersant Mark; Asher Randy (13K430); Salak Michael (15K464)
**Subject:** FW: Last GVB Match at Brooklyn Tech

Ramon,

I hope you are well. I am reaching out for your assistance in resolving a conflict between the girls' volleyball team from the John Jay Campus and school safety agents at Brooklyn Tech. The original incident is described below by our coach. In addition to reaching out to Mark, I also informed the other Principals in our building and reached out to Randy Asher at Tech. The team expressed that an apology from the agents working on the day of the incident would go a long way to restoring their dignity.

Principal Asher sent a letter of apology (attached) on November 16 that I shared with the team and our parent body. He has also agreed to host at Tech a Unity Game between our team and the Millennium team. The Principal and coach at Millennium are also on board. A group of John Jay students and parents also met with Commander Williams-Lavington and Principal Asher on November 22 at which Commander Williams-Lavington also offered an apology to the team.

As much as the team, and I, appreciate the response from Principal Asher and Commander Williams-Lavington, the offense came from the agents and the team would like to hear from them. Commander Williams-Lavington indicated at the meeting on the 22nd that the agents had not been informed of this request but that she would reach out to them and let us know.

Over the Thanksgiving weekend, one of the players on the John Jay team received a series of threatening communiques from the son of one of the agents. I reached out to Commander Williams-Lavington and she to the agent. I will forward those emails to you.

This incident has understandably angered and upset members of our volleyball team, our student body, our staff, and our parent body as well as students, staff, parents and alumni at Brooklyn Tech. That our students felt the indignity of racism while entering one of our schools is an outrage; and yet all our students are asking for is the chance to meet face-to-face with the agents to accept an apology and to reclaim their humanity. We should do everything we can to give them that opportunity.

I look forward to hearing from you soon.

Best regards,

*Jill*

Jill Bloomberg, Principal
Park Slope Collegiate