EXHIBIT 3

**From:** Bloomberg Jill (15K464)
**Sent:** Tuesday, January 10, 2017 6:49 AM
**To:** Goldstein Eric (OSSS); Prayor Michael
**Cc:** Douglas Donald; Williams Marc (15K463); Swinton Oneatha (15k462); Conway Kevin (15K684)
**Subject:** PSAL at the John Jay Campus

Dear CEO Goldstein and Superintendent Prayor,

I am writing to request your assistance in uniting the PSAL sports teams on the John Jay Campus in Brooklyn. Our campus houses The Secondary School for Journalism (SSJ), The John Jay School for Law (JJL), Millennium Brooklyn High School (MBHS) and Park Slope Collegiate (PSC). Currently, the John Jay Campus Schools PSAL teams include students from SSJ, JJL, PSC and students from Brooklyn High School of the Arts (BHSA) on Dean Street. MBHS students belong to the Millennium High School PSAL teams that also include students from Millennium High School (MHS) in Manhattan. These separate sports programs, both of which practice and compete at the John Jay Campus (MHS does not have a gym), offer vastly unequal opportunities to students.

| School or Program | Number of PSAL Teams | Enrollment (SY 15-16) | % Black & Hispanic |
|---|---|---|---|
| JJL | | 357 | 90.4 |
| SSJ | | 222 | 87.0 |
| PSC | | 356 (HS only) | 85 |
| BHSA | | 924 | 90.7 |
| **John Jay Campus PSAL** | **9** | **1859** | |
| MBHS | | 620 | 51.5 |
| MHS | | 641 | 25.2 |
| **Millennium High School PSAL** | **17** | **1261** | |

Prior to this school year, the John Jay Campus had only four teams. We were recently granted girls' cross-country, and girls' and boys' indoor and outdoor track though we requested and were denied girls' and boys' swimming, girls' softball, flag football, double-dutch and JV volleyball as well as boys' volleyball and soccer. Meanwhile, the number of MHS teams continues to grow.

The Principals of the schools at the John Jay Campus meet weekly to manage our shared campus. From the time that MBHS joined our campus community in 2011, I have argued that they should be a part of our PSAL team. Nonetheless, they opted to join with MBS (which opened in 2002) and, over the years, have been granted 17 teams. In spite of repeated requests to unite the teams and open up the opportunities that exist on the campus, but that are denied to students from three of the four schools, MBHS maintains its exclusive alliance with MHS.

The PTA at PSC has also raised these inequities with Executive Director Donald Douglas but have heard nothing in response.

The benefits of these separate and unequal programs to the students at MBHS and MHS do not justify the disadvantages imposed on the students from BHSA, JJL, SSJ and PSC. Nor do whatever logistical difficulties may arise from uniting them. The students at all six schools are equally deserving of

opportunities to participate in extracurricular sports and it is the responsibility of the DOE and of PSAL to facilitate that equity.

I look forward to hearing from you soon.

Sincerely,

*Jill Bloomberg, Principal*

Park Slope Collegiate
237 7th Avenue
Brooklyn, NY 11215

(718) 832-4301 (telephone)
(718) 788-8127 (fax)
(929) 214-7919 (blackberry)