**EXHIBIT 6**



**Department of Education**
Carmen Fariña, Chancellor

**Howard Friedman**
*General Counsel*

March 27, 2017

Ms. Maria Chickedantz
Mirer Mazzocchi Schalet Julien & Chickedantz, PLLC
150 Broadway, 12th Floor
New York, NY 10038
Via email: maria@mmsjlaw.com

Dear Ms. Chickedantz:

Your letter to Howard Friedman dated March 22, 2017 regarding Jill Bloomberg and Carla Laban, the principal and assistant principal at the Park Slope Collegiate School, has been referred to me for response. In your letter, you ask that the investigation being conducted by the Department of Education's Office of Special Investigations (OSI) be stopped as it is your belief that the investigation is being conducted in retaliation for Ms. Bloomberg having lodged a complaint of racial segregation involving the sports teams at the John Jay Campus. You claim that the OSI investigator inquired about communist activities at the school, and that this is improper.

The substance of the complaint that OSI is investigating is unrelated to Ms. Bloomberg's complaint. Furthermore, the complaint being investigated initially was filed in May 2016, long before Ms. Bloomberg lodged a complaint about the sports teams on the John Jay Campus. I have determined that OSI has no knowledge of any complaint lodged by Ms. Bloomberg with the Public Schools Athletic League concerning racial segregation in the sports teams.

Though it would be permissible for a school to teach students about politics and political parties as part of the curriculum, it would not be appropriate for school staff to solicit students to participate in any political events or to encourage them to support a particular political group or party. Therefore, based on the nature of the complaint that has been lodged with OSI, is it entirely proper for the OSI investigator to ask questions about communist activities at your clients' school and about whether staff is engaging students in an inappropriate manner.

I trust this has been responsive to the issues raised in your letter.

Very truly yours,

Robin Greenfield
Executive Deputy Counsel