**EXHIBIT 7**

# MIRER MAZZOCCHI SCHALET JULIEN & CHICKEDANTZ, PLLC

ATTORNEYS AT LAW
150 BROADWAY, TWELFTH FLOOR
NEW YORK, NEW YORK 10038

JEANNE MIRER
KRISTINA MAZZOCCHI
LIZABETH SCHALET

TELEPHONE: (212) 231-2235
FACSIMILE: (212) 409-8338

RIA JULIEN
MARIA L. CHICKEDANTZ

EMAIL: maria@mmsjlaw.com
INTERNET: www.mmsjlaw.com

March 28, 2017

**By Email**
Robin Greenfield, Executive Deputy Counsel
52 Chambers Street, Room 308
Brooklyn, NY 10007
Email: RGreenf@schools.nyc.gov

**Re: Jill Bloomberg - OSI Investigation**

Dear Ms. Greenfield,

We are in receipt of your response to our letter related to the retaliatory OSI investigation of our client Jill Bloomberg. Unfortunately, your letter is not responsive to our concerns, and in fact makes us believe that retaliation is indeed the motive for this investigation. There could be no other reason for the OSI to sit on a complaint that allegedly has merit for almost one year, only to commence the investigation within two weeks after Ms. Bloomberg complained about race discrimination and segregation within the John Jay Campus sports programs.

Furthermore, in your letter you refer to "communist activities" that have allegedly taken place at Ms. Bloomberg's school, but you do not provide a single example of any of Ms. Bloomberg's actions that would constitute such activities, nor do you cite to the regulation that has allegedly been violated. In order not to move forward with legal action, we must insist that you share with us as counsel for Ms. Bloomberg and Ms. Laban the exact nature of the allegations, including which specific activity violated which specific regulation. Otherwise, we can only assume that the DOE is engaging in an illegal witch hunt and attempting to discredit and mar the good reputation of Ms. Bloomberg in the eyes of the school community for engaging in a clear exercise of protected speech.

Again, we ask you to immediately cease and desist this investigation.

Best regards,

Maria L. Chickedantz

Cc: Jill Bloomberg, Principal
Carla Laban, Assistant Principal