EXHIBIT 8


**Department of Education**
Carmen Fariña, Chancellor

**Howard Friedman**
*General Counsel*

April 6, 2017

Ms. Maria Chickedantz
Mirer Mazzocchi Schalet Julien & Chickedantz, PLLC
150 Broadway, 12th Floor
New York, NY 10038
Via email: maria@mmsjlaw.com

                RE: Jill Bloomberg

Dear Ms. Chickedantz:

I write in response to your letter of March 28, 2017 regarding the above in which you request the specifics of allegations being investigated by the Department of Education's Office of Special Investigations (OSI). The complaint being investigated is that Jill Bloomberg and two teachers at the Park Slope Collegiate School are members of a communist organization known as the Progressive Labor Party, that they are actively recruiting students into the organization during school hours, and that they invite students to participate in the organization's activities, including marches for communism. If substantiated, this could constitute a violation of Chancellor's Regulation D-130, which provides, in part, that staff may not be involved in any activities on behalf of a political organization during working hours.

You also inquired about the delay in the OSI investigation. The complaint was initially filed with the Special Commissioner of Investigation for the New York City Public Schools (SCI) in May of 2016. As permitted by the Mayoral Executive Order establishing SCI, SCI referred the complaint to OSI. The complainant supplied further information in December 2016, and thereafter, OSI began its investigation.

We have been informed that Ms. Bloomberg held a staff meeting on March 29 at which she told staff that: she had hired a law firm to represent her and that the firm also would represent Assistant Principal Laban; her attorney had sent the DOE a letter insisting that it cease the investigation due to the appearance that it was being conducted in a retaliatory manner; she had the right to freedom of speech and the investigation was defaming her; her attorney sent a letter claiming the DOE was engaged in a witch hunt and that if the investigation does not cease, there will be a lawsuit resulting in an injunction that prevents the investigation from proceeding. Ms. Bloomberg acknowledged that the situation amongst the staff was awkward. One person asked if lawyers were available for staff. Another asked if an employee could refuse to speak to OSI; she was referred to her union representative. Another staff member asked whether any children were under investigation. Ms. Bloomberg said she would keep everyone updated although there would be some things her lawyer would not permit her to say.

The above-referenced Mayoral Executive Order requires full cooperation with investigations and provides that interference with or obstruction of an investigation constitutes cause for removal from employment, or other appropriate penalty. In our view, the statements made by Ms. Bloomberg at the March 29 meeting, if proven true, could constitute an attempt to interfere with or obstruct OSI's investigation. For that reason, they have been reported to SCI.

Very truly yours,

*Robin Greenfield /s/*

Robin Greenfield