**EXHIBIT 9**

April 8, 2017

Carmen Fariña
Chancellor
NYC Department of Education
Tweed Courthouse
52 Chambers Street
New York, NY 10007

Dear Chancellor Fariña,

We are writing to express our support for Jill Bloomberg, the principal of Park Slope Collegiate and a doctoral student in our Education Policy and Social Analysis Department. We are concerned by news of the recent NYC Department of Education investigation into Ms. Bloomberg and confused about its origin and intent. We know her to be among the most thoughtful, caring, and dedicated school leaders in our city. She is an educator who exemplifies best practices in our field as well as a thoughtful, insightful and passionate graduate student in Politics and Education.

Some among us know from our contact with parents and educators at her school that Ms. Bloomberg has built a safe and productive school community. She involves a broad array of parents from different backgrounds in meaningful conversations about racial integration, and, importantly, about their own roles in the learning community that supports all of their children. She knows all of the students and parents in her school, and she encourages both student and parent voice in a way that should be a model for all.

She is also a model teacher and practitioner of research-based pedagogy, and she is very proactive in providing insight and guidance for her staff that will help them improve their practice. Ms. Bloomberg's supportive, caring, and nurturing style sets an example for her staff of how to engage students in their own educational journey. For obvious reasons, she is deeply loved and appreciated by students, parents and staff at PSC.

Because Ms. Bloomberg is also a TC student, some among us know that she is an intellectually adept student and developing scholar. We have benefitted from her deep understanding of the field of education and the NYC DOE in particular. She is a thoughtful and caring doctoral student who sets an example for her fellow students by engaging with the research literature and writing compelling arguments to support her point of view. In addition, the way she talks about her practice and the social justice goals she is fighting for at PSC, provides many of our students with a sense of hope and possibility. We all learn much from Jill and want to see her succeed.

The essence of teaching is caring for people, and Jill Bloomberg is the shining example of this. She is also a model for leadership in a city that is changing and trying be thoughtful about change. She is, as so many of us are, committed to the social justice issues that Mayor DeBlasio highlighted in his campaign.

We are asking for the NYC DOE to end the investigation of Principal Bloomberg and allow her to lead her school community as only she knows how. For an educator of Ms. Bloomberg's caliber, courage, and character to feel threatened for doing the work she does to meet the needs of her students feels like a threat to us all who are committed to education.

Sincerely,

**Amy Stuart Wells, PhD**
Professor, Sociology and Education
Department of Educational Policy and Social Analysis, Teachers College, Columbia University

**Jeffrey Henig, Ph.D.**
Professor, Politics and Education
Department of Educational Policy and Social Analysis, Teachers College, Columbia University

**Celia Oiler, Ph.D.**
Professor of Education
Department of Curriculum and Teaching
Teachers College, Columbia University ,

**Randall Everett Allsup, PhD**
Associate Professor of Music and Music Education
Teachers College Columbia University

**James H. Borland, PhD**
Professor of Education
Teachers College, Columbia University

**Constance Clark**
PhD Candidate, Graduate Research Assistant
Teachers College, Columbia University

**Diana Cordova-Cobo**
PhD Candidate, Graduate Research Assistant
Teachers College, Columbia University

**Kevin Dougherty, PhD**
Professor of Higher Education and Education Policy
Department of Education Policy & Social Analysis
Teachers College, Columbia University

**Ansley T. Erickson, PhD**
Assistant Professor, History and Education
Teachers College, Columbia University

**Daniel Friedrich, PhD**
Associate Professor of Curriculum
Dept. of Curriculum & Teaching
Teachers College, Columbia University

**William Gaudelli, EdD**
Chair, Department of Arts and Humanities
Associate Professor of Social Studies and Education
Teachers College, Columbia University

**A. Lin Goodwin, EdD**
Evenden Professor of Education and Vice Dean
Teachers College, Columbia University

**Thomas Hatch, EdD**
Co-Director, National Center for Restructuring Education, Schools, & Teaching (NCREST)
Professor, Department of Curriculum and Teaching
Teachers College, Columbia University

**Colleen Horn, EdD**
TR@TC2 Partnerships Coordinator
Teachers College, Columbia University

**Jane Marie Hutcheson**
1st Grade teacher at DREAM Charter School
MA CUED Student, Curriculum and Teaching
Teachers College, Columbia University

**Chelsea Katz**
MA Candidate, Inclusive Elementary Education
Teachers College, Columbia University

**Pamela Koch, EdD, RD**
Research Associate Professor, Program in Nutrition
Executive Director, Laurie M. Tisch Center for Food, Education & Policy
Teachers College, Columbia University

**Hope Jensen Leichter, PhD**
Elbenwood Professor
Teachers College, Columbia University

**Nancy Lesko, PhD**
Maxine Greene Professor
Director, Professional Certification & MA in Curriculum Programs
Department of Curriculum and Teaching
Teachers College, Columbia University

**Sydney Lewis**
MA Candidate, Elementary Inclusive Education
Teachers College, Columbia University

**Ann Lobue**
MA Candidate, Education Policy
Institute Coordinator, Reimagining Education 2017
Teachers College, Columbia University

**Anand Marri, PhD**
Professor, Department of Arts & Humanities
Senior Research Affiliate, Institute on Education & the Economy
Teachers College, Columbia University

**Victoria J. Marsick, PhD**
Professor of Education
Teachers College, Columbia University

**Janet Miller, PhD**
Professor, Department of Arts & Humanities- English
Teachers College, Columbia University
Faculty-At-Large, Columbia University

**Usama Javed Mirza**
Ed.M. Candidate
Department of Curriculum and Teaching
Teachers College, Columbia University

**Eric Nadelstern**
Professor of Practice in Education Leadership
Former Deputy Chancellor of NYC DOE
Teachers College, Columbia University

**Oren Pizmony-Levy, PhD**
Assistant Professor of International and Comparative Education
Department of International and Transcultural Studies
Teachers College, Columbia University

**Detra Price-Dennis, PhD**
Assistant Professor of Education
Department of Curriculum and Teaching
Teachers College, Columbia University

**Carolyn Riehl, PhD**
Associate Professor
Department of Education Policy and Social Analysis
Program Director, Sociology and Education
Teachers College, Columbia University

**Nancy Sall, EdD**
Lecturer, Program in Early Childhood
Dept. of Curriculum & Teaching
Teachers College, Columbia University

**Marjorie Siegel, EdD**
Professor, Department of Curriculum and Teaching
Teachers College, Columbia University

**Stephen Silverman, EdD**
Professor, Department of Biobehavioral Sciences
Teachers College, Columbia University

**Barbara Tversky, PhD**
Professor of Psychology and Education
Teachers College, Columbia University

**Laura Vernikoff**
Doctoral Candidate
Teachers College, Columbia University