

**ZACHARY W. CARTER**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**Andrea O'Connor**
Labor & Employment Law Division
Phone: 212-356-4015
Fax: 212-356-1148
aoconnor@law.nyc.gov

May 1, 2017

**VIA ECF and FACSIMILE**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 2204
New York, NY 10007

        Re:  Bloomberg v. New York City Dept. of Education et al.
            17 Civ. 3136 (PGG)

Dear Judge Gardephe:

   I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent the defendants in the above-referenced action. I write today regarding defendants' opposition to plaintiff's motion for a temporary restraining order and preliminary injunction. Due to a technical issue the Declaration of Charity Guerra was uploaded twice to ECF as a blank document. See Document Nos. 13 and 15. Defendants were able to rectify the issue and the correct Declaration appears on the Docket as Document Number 17.

   Defendants apologize for any inconvenience this may have caused.

                Respectfully submitted,
                /s/
                Andrea O'Connor
                Assistant Corporation Counsel

cc:  Maria Chickedantz (by ECF)
    Plaintiff's Counsel