USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

        Plaintiff,

- against -

THE NEW YORK CITY DEPARTMENT
OF EDUCATION and CARMEN FARINA,

        Defendants.

**ORDER**

17 Civ. 3136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated during the May 3, 2017 hearing in this matter, Plaintiff's motion for a temporary restraining order and preliminary injunction is denied.

Dated: New York, New York
       May 4, 2017

                        SO ORDERED.

                        _____
                        Paul G. Gardephe
                        United States District Judge