# MIRER MAZZOCCHI JULIEN & CHICKEDANTZ, PLLC

ATTORNEYS AT LAW
150 BROADWAY, TWELFTH FLOOR
NEW YORK, NEW YORK 10038

| | | |
|---|---|---|
| JEANNE MIRER<br>KRISTINA MAZZOCCHI | TELEPHONE: (212) 231-2235<br>FACSIMILE: (212) 409-8338 | RIA JULIEN<br>MARIA L. CHICKEDANTZ |

EMAIL: MARIA@mmsjlaw.com
INTERNET: www.mmsjlaw.com

October 17, 2017

**VIA ECF**

Hon Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United
States Court House
Room 705
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/17
```

Re:  *Bloomberg v. NYCDOE, et al.*
     **17-cv-03136 (PGG)**

Dear Judge Gardephe:

This firm represents plaintiff Jill Bloomberg in the above-captioned matter. We write to request an extension of time to file plaintiff's opposition to defendants' motion to dismiss and plaintiff's cross-motion from Tuesday, October 17, 2017 to Monday, October 23, 2017. This is plaintiff's second request for an extension of time to file her opposition papers. Counsel for defendants, Joseph Anci, consents to this request.

Plaintiff makes this request due to an unexpected family emergency of plaintiff's counsel, Maria Chickedantz,

To reflect this extension of time, the parties respectfully request that the Court so Order the following proposed amended briefing schedule:

- Plaintiff's Opposition and Cross-Motion to be filed on October 23, 2017;
- Defendants' Reply and Response to be filed on November 20, 2017.

For the foregoing reasons, it is respectfully requested that the Court extend plaintiff's time to file her opposition and cross-motion to October 23, 2017.

SO ORDERED:

*/s/ Paul Gardephe*

Paul G. Gardephe, U.S.D.J.

Oct. 19, 2017

Respectfully submitted,

Maria L. Chickedantz

cc: All Opposing Counsel, via ECF