# MIRER MAZZOCCHI JULIEN & CHICKEDANTZ, PLLC

ATTORNEYS AT LAW
150 BROADWAY, TWELFTH FLOOR
NEW YORK, NEW YORK 10038

———————

| | | |
|---|---|---|
| JEANNE MIRER | TELEPHONE: (212) 231-2235 | RIA JULIEN |
| KRISTINA MAZZOCCHI | FACSIMILE: (646) 219-0946 | MARIA L. CHICKEDANTZ |

January 17, 2018

**VIA ECF and FAX**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United
States Court House
Room 705
40 Foley Square
New York, New York 10007

                                                      Re:    *Bloomberg v. NYCDOE, et al*.
                                                                        17-cv-03136 (PGG)

Dear Judge Gardephe:

       This firm represents plaintiff Jill Bloomberg in the above-captioned matter. We write jointly with counsel for defendants to request a referral to a magistrate judge for a settlement conference. In addition, as the deadlines in the two pending motions were affected by plaintiff's November 27, 2017 letter-motion, the parties respectfully request the remaining deadlines in this matter be stayed pending the magistrate judge's attempts to assist the parties in reaching a resolution. In the alternative, should the Court deny the requested stay, defendants would request February 7, 2018 as the deadline for defendants to file a reply to their motion to dismiss and to oppose plaintiff's cross-motion.

                                                                               Respectfully submitted,

                                                                   _____/s/_____
                                                                   Maria L. Chickedantz
                                                                   *Attorney for Plaintiff*

Cc:    Joseph Anci, Esq.
        *Attorney for Defendants*