

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JOSEPH ANCI
Senior Counsel
Labor & Employment Law Division
Phone: (212) 356-1106
Fax: (212) 356-2439
E-mail: janci@law.nyc.gov

April 10, 2018

**By ECF**
Honorable Henry B. Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Bloomberg v. The New York City Department of Education and Carmen Farina
          17-CV-3136 (PGG)

Dear Judge Pitman:

      This office represents the defendants in the above-referenced action. Defendants write to respectfully request an adjournment of the settlement conference that is currently scheduled for Tuesday, April 17, 2018 to either Tuesday, April 24th or Wednesday, April 25th, if those dates are convenient for the Court. This is the defendants' first request for an adjournment of the settlement conference and Plaintiff's counsel, Maria Chickedantz, has consented to this request.

      This request is necessitated due to an unexpected personal matter involving a family member that will affect my ability to prepare for a settlement conference next week and possibly affect my ability to appear for a conference on April 17th.

      Accordingly, defendants respectfully request that the April 17, 2018 settlement conference be adjourned to either April 24, 2018 or April 25, 2018, or to a date that is convenient for the Court.

      Respectfully submitted,

      /s/

      Joseph Anci
      Assistant Corporation Counsel

cc:    Maria Chickedantz, Esq. (By ECF)