# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Jill Bloomberg ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-03136-PGG |
| The New York City Department of Education et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 05/11/2018

*Attorney's signature*

Ria Julien (RJ1919)
*Printed name and bar number*
Mirer Mazzocchi Julien & Chickedantz, PLLC
150 Broadway, Twelfth Floor
New York, NY 10038

*Address*

rjulien@mmsjlaw.com
*E-mail address*

(212) 231-2235
*Telephone number*

(646) 219-0946
*FAX number*