UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JILL BLOOMBERG,

        Plaintiff,

v.

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARINA,

        Defendants.
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/18

**Civil Case No.:**
17-cv-03136-PGG

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

**PLEASE TAKE NOTICE,** Maria Chickedantz is no longer associated with Mirer Mazzocchi Julien & Chickedantz, PLLC and should be removed from the Court's service list with respect to the above referenced action. Mirer Mazzocchi Julien & Chickedantz, PLLC continues to serve as counsel for Plaintiff Jill Bloomberg through its attorneys i) Ria Julien ii) Jeanne Mirer and iii) Kristina Mazzocchi, who request all future correspondence and papers in this action continue to be directed to them.

Dated: May 24, 2018
       New York, NY

Respectfully submitted,

/s/

Ria Julien, Esq.
Jeanne Mirer, Esq.
Kristina Mazzocchi, Esq.
Mirer Mazzocchi Julien & Chickedantz, PLLC
150 Broadway, Twelfth Floor
New York, NY 10038
(212)231-2235
rjulien@mmsjlaw.com
jmirer@mmsjlaw.com

kmazzocchi@mmsjlaw.com
*Attorneys for Plaintiff*

SO ORDERED:

_Paul Gardephe_
**Paul G. Gardephe, U.S.D.J.**
Date: May 30, 2018