# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | | |
|---|---|---|
| Jill Bloomberg | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-03136-PGG |
| The New York City Department of Education, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff- Jill Bloomberg

Date:     05/31/2018

*Jeanne Mirer*
*Attorney's signature*

Jeanne Mirer (JM5466)
*Printed name and bar number*
Mirer Mazzocchi Julien & Chickedantz, PLLC
150 Broadway, Twelfth Floor
New York, NY  10038

*Address*

jmirer@mmsjlaw.com
*E-mail address*

(212) 231-2235
*Telephone number*

(646) 219-0946
*FAX number*