UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JILL BLOOMBERG,

                                            Plaintiff,    **DECLARATION**

           -against-                   17-CV-3136 (PGG)

THE NEW YORK CITY DEPARTMENT EDUCATION
and CARMEN FARINA,

                                            Defendants.

------------------------------------------------------------------------ x

      **JOSEPH ANCI** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

      1.    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the Defendants in the above-captioned action.

      2.    I submit this declaration in support of the Defendants' motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure.

      3.    Annexed to this declaration as Exhibits "A" to "F" are documents maintained in the ordinary course of Defendants' business and which are relied upon and cited in Defendants' Memorandum of Law submitted herewith in support of Defendants' motion. Copies of these documents are as follows:

      A.    Plaintiff's May 23, 2017 Amended Complaint is annexed hereto as Exhibit "A,"

      B.    The May 2, 2017 Affidavit of Jill Bloomberg is annexed hereto as Exhibit "B;"

- 2 -

      C.      New York City Department of Education Regulation of the Chancellor D-130 is annexed hereto as Exhibit "C;"

      D.      The Declaration of Charity Guerra, dated May 1, 2017, is annexed hereto as Exhibit "D;"

      E.      The August 28, 2017 OSI Investigative Report is annexed hereto as Exhibit "E;"

      F.      A transcript of the May 3, 2017 Decision and Order of District Judge Paul G. Gardephe is annexed hereto as Exhibit "F;"

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:      New York, New York
              September 8, 2017

                        ZACHARY W. CARTER
                        Corporation Counsel of the City of New York
                           Attorney for Defendants
                        100 Church Street, Room 2-123
                        New York, New York 10007
                        (212) 356-1106

                        By:             /s/
                            Joseph Anci
                            Assistant Corporation Counsel

Docket No. 17-CV-3136 (PGG)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JILL BLOOMBERG,<br><br>                                                    Plaintiff,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT EDUCATION and CARMEN FARINA,<br><br>                                                  Defendants. |
| **DECLARATION OF JOSEPH ANCI** |
| *ZACHARY W. CARTER*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street 2-123*<br>*New York, New York 10007*<br><br>*Of Counsel: Joseph Anci*<br>*Tel: (212) 356-1106* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. .............................................. , 201..*<br><br>*......................................................................... Esq.*<br><br>*Attorney for ................................................................* |