UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JILL BLOOMBERG,

                      Plaintiff,                           **PLAINTIFF'S NOTICE OF CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

      v.

THE NEW YORK CITY DEPARTMENT OF              Index No. 17-cv-3136 (PGG)
EDUCATION, and CHANCELLOR CARMEN
FARINA,

                      Defendants.
-------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Cross-Motion for Partial Judgment on the Pleadings, the Affidavit of plaintiff dated October 16, 2017, the Affirmation of Maria L. Chickedantz dated October 23, 2017, and upon all the papers and proceedings previously had herein, plaintiff Jill Bloomberg will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, before the Honorable Paul G. Gardephe, United States District Judge, at a time and date to be designated by the Court, for a judgment, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, determining the applicable scope of Chancellor's Regulation D-130.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the October 19, 2017, defendants' response to plaintiff's motion for judgment on the pleadings is due to be served on November 20, 2017, at which time the fully-briefed motion will be filed via ECF by plaintiff's counsel.

Dated: New York, New York
October 23, 2017

                                         MIRER MAZZOCCHI JULIEN &
                                         CHICKEDANTZ, PLLC

                                         By: _____
                                              Maria L. Chickedantz

                                         150 Broadway, Suite 1200
                                         New York, NY 10038
                                         Tel. (212) 231-2235
                                         Fax (212) 409-8338
                                         *Attorneys for Plaintiff*
                                         maria@mmsjlaw.com

TO:   Joseph Anci, Esq.
        Assistant Corporation Counsel
        Corporation Counsel of the City of New York
        *Attorney for Defendants*
        (via email and first class mail)