UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

               Plaintiff,

- against -

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARINA,

               Defendants.

**ORDER**

17 Civ. 3136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference in this action previously scheduled for November 21, 2019 is adjourned. A conference is scheduled for **December 12, 2019 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge