UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                    Plaintiff,                                    **ORDER**

          - against -                                            17 Civ. 3136 (PGG)

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARINA,

                    Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

          It is hereby ORDERED that the conference in this action previously scheduled for

December 12, 2019 is adjourned sine die.

Dated:  New York, New York
          December 11, 2019

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge