# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET
16TH FLOOR
NEW YORK, NEW YORK 10038

JEANNE MIRER  
KRISTINA MAZZOCCHI

TELEPHONE: (212) 231-2235  
JMIRER@MMSJLAW.COM

RIA JULIEN

December 17, 2019

**VIA ECF**

Hon Paul G. Gardephe  
United States District Judge  
Southern District of New York  
Thurgood Marshall United  
States Court House  
Room 705  
40 Foley Square  
New York, New York 10007

Re: *Bloomberg v. NYCDOE, et al.*  
17-cv-03136 (PGG)

Dear Judge Gardephe:

This office represents Plaintiff Jill Bloomberg in the above entitled case. I write with consent of Defendants' Counsel. Plaintiff and Defendants' agree to extend the time for filing Plaintiff's Reply to Defendants' Memo of Law in Opposition to Plaintiff's Motion to Amend the Complaint to January 10, 2020.

Thank you for your consideration in this matter.

Respectfully submitted,

Jeanne Mirer

Cc: Joseph Anci