UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                          Plaintiff,                              **ORDER**

          - against -                                            17 Civ. 3136 (PGG)

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARINA,

                          Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

          It is hereby ORDERED that Plaintiff Jill Bloomberg shall submit by **Friday,**

**November 20, 2020** a redline comparison between the First Amended Complaint (Dkt. No. 39)

and the Proposed Second Amended Complaint (Dkt. No. 94-1).

Dated:  New York, New York
          November 17, 2020

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge