UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                Plaintiff,

      - against -

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARINA,

           Defendants.

**<u>ORDER</u>**

17 Civ. 3136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Plaintiff's motion for reconsideration (Dkt. No. 109):

1. Defendants' opposition is due on **October 29, 2021**; and

2. Plaintiff's reply, if any, is due on **November 5, 2021**.

Dated: New York, New York
      October 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge