UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                Plaintiff,

    -against-

THE NEW YORK CITY DEPARTMENT
OF EDUCATION,

                Defendant,

**NOTICE OF**
**PRETRIAL CONFERENCE**

17 Civ. 3136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Counsel for all parties are directed to appear before the Court for a pretrial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on **November 7, 2024 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

        **Seven days before the conference, the parties must submit a joint letter addressing the following in separate paragraphs:** (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties must set forth the conference's date and time in the joint letter's opening paragraph. The Court directs the parties to consult its Individual Practices and model Case Management Plan and Scheduling Order – both of which are available on the Court's web site – and to submit with their joint letter a jointly proposed Case Management Plan.

        The parties should be aware that the Court requires a pre-motion conference before any motion is filed, in accordance with Rule 4(A) of the Court's Individual Practices.

        The Court will consider requests for adjournment of the conference only if they are in writing and otherwise in accordance with the Court's Individual Practices.

        The parties should <u>not</u> provide the Court with courtesy copies of any document less than six pages in length.

If this case has been settled or otherwise terminated, counsel are required to notify the Court – **before the date of the conference** – by calling (212) 805-0224, and must send a stipulation of discontinuance, voluntary dismissal, or other proof of termination via email to the Orders and Judgments Clerk at the following email address: judgments@nysd.uscourts.gov.

Dated: New York, New York
October 25, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge