UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

            Plaintiff,

-against-

THE NEW YORK CITY DEPARTMENT
OF EDUCATION,

           Defendant.

**ORDER**

17 Civ. 3136 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for December 9, 2024, at 10:30 a.m. is adjourned sine die.

Dated: New York, New York
       December 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge