UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

               Plaintiff,

-v-                                     CIVIL ACTION NO.: 17 Civ. 3136 (SLC)

THE NEW YORK CITY DEPARTMENT OF        **ORDER**
EDUCATION, et al.,

               Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 18, 2024, it is ORDERED as follows:

1. On or before **January 10, 2025**, Plaintiff shall file her motion for leave to amend the complaint and her proposed Second Amended Complaint. On or before **February 10, 2025**, Defendants shall file a response.

2. The Court defers entering a case management plan.

3. A telephone status conference is scheduled for **Tuesday, February 18, 2025 at 12:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 197 322 950#, at the scheduled time.

Dated:    New York, New York               SO ORDERED.
            December 18, 2024

_____
**SARAH L. CAVE**
**United States Magistrate Judge**