UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                Plaintiff,

-v-

                CIVIL ACTION NO. 17 Civ. 3136 (SLC)

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 28, 2025, Defendant filed its Answer to the Second Amended Complaint. (ECF No. 145). On or before **April 14, 2025**, the parties shall (i) meet and confer to discuss their proposed case management plan, and (ii) file their proposed case management plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

A telephone case management conference is scheduled for **Monday, April 28, 2025 at 11:30 a.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 801 524 604#, at the scheduled time.

Dated:    New York, New York
            March 31, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**