UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

           Plaintiff,

-v-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

CIVIL ACTION NO. 17 Civ. 3136 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 28, 2025, on or before **June 4, 2025,** the parties shall file a joint letter setting forth whether they have engaged a private mediator or request a referral to the Court-annexed mediation program.

The proposed case management plan continues to be **HELD IN ABEYANCE**. (See ECF No. 148).

Dated:    New York, New York
          May 28, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**