UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

            Plaintiff,

-v-                                  CIVIL ACTION NO. 17 Civ. 3136 (SLC)

THE NEW YORK CITY DEPARTMENT OF        **ORDER**
EDUCATION,

            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 154, the parties were required to file a joint letter setting forth the status of their settlement negotiations by September 22, 2025. To date, the parties have not filed the joint letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the joint letter setting forth the status of the parties' settlement negotiations up to and including **October 2, 2025**.

Dated:       New York, New York
              September 25, 2025

                                                  SO ORDERED.

                                                  _/s/ Sarah L. Cave_____
                                                  **SARAH L. CAVE**
                                                  **United States Magistrate Judge**