UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                    Plaintiff,

-v-

                    CIVIL ACTION NO. 17 Civ. 3136 (SLC)

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                    **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 23, 2025, on or before **November 19, 2025,** the parties shall file a joint letter setting forth the status of their settlement discussions.

Dated:     New York, New York
            October 23, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**