# JULIEN, MIRER & ASSOCIATES, PLLC

ATTORNEYS AT LAW
300 CADMAN PLAZA WEST 12TH FLOOR
BROOKLYN, NEW YORK 11201

JEANNE MIRER  
HEATHER RAMIREZ

TELEPHONE: (212) 231-2235  
FACSIMILE: (646) 219-0946

RIA JULIEN

November 19, 2024

> The Court thanks the parties for the update at Dkt. No. 159. On or before **December 11, 2025**, the parties shall file another joint letter setting forth the status of their settlement discussions.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 159.
>
> SO ORDERED.   November 20, 2025
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Honorable Magistrate Judge Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18 A
New York, NY 10007

Re: Bloomberg v. New York City Department of Education
17-cv-03136-SLC

Dear Hon. Magistrate Judge Cave:

    I am writing on behalf of both parties to inform the Court, that the parties are still trying to resolve the case. Some time has been lost due to Mr. Scheinman's schedule and Ms. Damera's travel and subsequent illness. As a result we cannot report substantive progress at this moment. We hope to have more information for the Court in two to three weeks.

                    Respectfully submitted
                          /s/
                      Jeanne Mirer

Cc: Shivani Damera