UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                              Plaintiff,

        -v-                                              CIVIL ACTION NO. 17 Civ. 3136 (SLC)

                                                         **ORDER**

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 160, the parties were required to file a joint letter setting forth the status of their settlement discussions (the "Letter") by December 11, 2025. (Dkt. No. 160).  To date, the parties have not filed the Letter.  As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Letter by **December 19, 2025**.

Dated:        New York, New York
              December 12, 2025

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**