UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                          Plaintiff,

        -v-                                                CIVIL ACTION NO. 17 Civ. 3136 (SLC)

                                                                            **ORDER**

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person case management conference held on January 20, 2026 (the "Conference"), the Court **ORDERS** the following:

1.  Plaintiff Jill Bloomberg ("Plaintiff") shall file her motion to amend the Second Amended Complaint, (Dkt. No. 139-1)[1], (the "Motion") by **February 3, 2026**;

2.  Defendant the New York City Department of Education ("Defendant") shall file its response to the Motion by **February 24, 2026**;

3.  Plaintiff shall file her reply by **March 3, 2026**;

4.  A telephone conference to discuss the Motion and the status of discovery is scheduled for **March 12, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

---

[1] Pursuant to the Court's Order at Dkt. No. 142, the Second Amended Complaint (Dkt. No. 139-1) is the operative pleading in this action.  (Dkt. No. 142 at 12).

5. The parties shall order a copy of the Conference transcript by **January 26, 2026** using the annexed form.

Dated:      New York, New York
            January 20, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|