UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

                Plaintiff,

    -v-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.

CIVIL ACTION NO. 17 Civ. 3136 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 177, the parties' deadline to file a joint letter updating the Court on the status of discovery and identifying any issues ripe for the Court's attention was May 4, 2026 (the "May 4 Letter"). (Dkt. No. 177 at 7). To date, the parties have not filed the May 4 Letter, which the Court takes to mean that the parties are cooperatively proceeding through discovery and there are no issues ripe for the Court's attention. Accordingly, the telephone conference to discuss the status of discovery scheduled for **May 7, 2026 at 2:30 p.m. ET**, (id.), is **CANCELLED**.

Further, the Court reminds the parties that the deadline to complete fact discovery is **November 9, 2026**. (Dkt. No. 168 at 6). By **June 5, 2026**, the parties shall file a joint letter updating the Court on the status of discovery and identifying any issues ripe for the Court's attention.

Dated:    New York, New York
        May 5, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**