UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL BLOOMBERG,<br><br>          Plaintiff,<br><br>  -v-<br><br><br>THE NEW YORK CITY DEPARTMENT OF<br>EDUCATION,<br><br>          Defendant. | CIVIL ACTION NO. 17 Civ. 3136 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 180, the parties' deadline to file a joint letter (the "Letter") updating the Court on the status of discovery and identifying any issues ripe for the Court's attention was June 5, 2026.  (Dkt. No. 180).  To date, the parties have not filed the Letter. The Court reminds the parties that it cancelled the telephone conference previously scheduled for May 7, 2026 because the parties also did not file their joint letter that was due on May 4, 2026.  (Id.)

As a courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Letter to **June 15, 2026**.  THE COURT FURTHER WARNS THE PARTIES THAT FAILURE TO FILE THE LETTER BY **JUNE 15, 2026** WILL RESULT IN THE UNDERSIGNED ISSUING AN ORDER TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE.

Dated:     New York, New York
           June 8, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**