UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

Plaintiff,

-v-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

CIVIL ACTION NO. 17 Civ. 3136 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person discovery conference on September 9, 2026 (the "Conference") (see Dkt. No. 185), at which counsel for Plaintiff Jill Bloomberg ("Plaintiff") and counsel for The New York City Department of Education ("Defendant") appeared. Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. By **September 16, 2026**, the parties shall file a joint letter setting forth: (i) the status of discovery; and (ii) the parties' respective positions on their ESI search term dispute, as discussed at the Conference.
3. By **September 30, 2026**, Plaintiff shall share with Defendant her preliminary deponent list.
4. The deadline for the parties to substantially complete document production is **EXTENDED** to **December 31, 2026**. The Court notes this is the final extension of the substantial completion deadline. Accordingly, Plaintiff shall inform Defendant of her

priority ESI custodians and search terms, and Defendant shall endeavor to produce documents on a rolling basis in priority order, if possible, before the December 31, 2026 deadline.

5. The deadline for the parties to complete all fact discovery, including all fact witness depositions, is **EXTENDED** to **January 29, 2027**. The Court notes this is the final extension of the fact discovery deadline.

6. A telephone conference to discuss the status of discovery is scheduled for **October 20, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL