UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

Plaintiff,

-v-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

CIVIL ACTION NO. 17 Civ. 3136 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 194, the parties were required to file a joint letter by October 15, 2026 (the "Letter") updating the Court on the status of discovery in advance of the telephone conference scheduled for October 20, 2026 at 12:00 p.m. ET. (Dkt. No. 194). To date, the parties have not filed the Letter. As a courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Letter to **October 19, 2026 at 12:00 p.m. ET**.

Dated: New York, New York
October 16, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**