UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

Plaintiff,

-v-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

CIVIL ACTION NO. 17 Civ. 3136 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on October 20, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, at which counsel for Plaintiff Jill Bloomberg ("Plaintiff") and counsel for The New York City Department of Education ("Defendant") appeared. (See Dkt. Nos. 192; 196). Following the Conference, the Court **ORDERS** the following:

1. By **October 22, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.
2. With respect to Plaintiff's request for documents concerning the co-location of Millennium Brooklyn on the John Jay campus, that request is **DENIED**. Plaintiff alleges that "[t]he placement of Millenium Brooklyn in the John Jay [c]ampus occurred in 2011" (Dkt. No. 139-2 ¶ 39), while her "protected activity that precipitated the investigation which is at the heart of Plaintiff's claims took place in January and February 2017." (Id. ¶ 28). Accordingly, Plaintiff's request that Defendant produce

documents six years prior to Plaintiff's protected activity is unduly burdensome and disproportionate to the needs of the case.

3. With respect to Plaintiff's request for Defendant's internal documents and communications concerning a Parent Teacher Association protest and related litigation in February 2017 relating to unequal access to and segregation of sports teams (the "Protest"), although Defendant is not required to run a separate string of searches concerning the Protest, it shall not carve out any documents concerning the Protest from its production.

4. With respect to Plaintiff's request for documents concerning Superintendent Michael Prayor's supervision of Plaintiff and Plaintiff's professional development opportunities, the Court refers the parties to its Order dated March 13, 2026. (Dkt. No. 177 at 6).

5. With respect to Plaintiff's request for documents concerning Eric Goldstein's alleged fraud, that request is **DENIED** as unduly burdensome and disproportionate to the needs of the case.

6. By **November 17, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter updating the Court on the status of discovery and identifying any discovery issues ripe for the Court's attention.

7. Another telephone conference to discuss the status of discovery is scheduled for **November 19, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are

directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 20, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL