UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BLOOMBERG,

Plaintiff,

-v-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

CIVIL ACTION NO. 17 Civ. 3136 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 19, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, at which counsel for Plaintiff Jill Bloomberg ("Plaintiff") and counsel for The New York City Department of Education ("Defendant") appeared. (See Dkt. Nos. 197–98). Following the Conference, the Court **ORDERS** the following:

1. The parties may order a copy of the Conference transcript by using the annexed form.
2. With respect to Plaintiff's HIPAA releases, Plaintiff "has agreed to produce [them] by **November 23, 2026**." (Dkt. No. 198 at 1).
3. With respect to Defendant's ESI production (Dkt. No. 198 at 1–3), to the extent Plaintiff requests that Defendant be required to produce all ESI resulting from application of the search terms, without allowing Defendant's counsel to further review for responsiveness, that request is **DENIED**.

4. By **December 18, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter updating the Court on the status of discovery and identifying any discovery issues ripe for the Court's attention.

5. Another telephone conference to discuss the status of discovery is scheduled for **December 21, 2026 at 4:15 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
November 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL